NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Appellant,

v.

JAMES BROWN; MARLET BROWN;
SHINGLE MASTERS ROOFING &
CONSTRUCTION SERVICES, INC.; and
CROSS CREEK COMMUNITY
ASSOCIATION, INC.,

      Appellees.

Case No. 2D18-528

Opinion filed April 3, 2019.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Robert R. Edwards of Choice Legal Group,
P.A., Ft. Lauderdale, for Appellant.

Michael Alex Wasylik of Ricardo &
Wasylik, P.L., Dade City, for Appellees
James and Marlet Brown.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.  See Partridge v. Nationstar Mortg., LLC, 224 So. 3d 839 (Fla. 2d DCA 2017); Geweye v. Ventures Trust 2013-I-H-R, 189 So. 3d 231 (Fla. 2d DCA 2016).

NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.